LAWRENCE G. BROWN
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. [UNDER SEAL],<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>[UNDER SEAL],<br><br>　　　　　　Defendants. | Case No. 2:09-cv-1858-FCD-GGH<br><br>**ORDER GRANTING THE UNITED STATES' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THIS QUI TAM MATTER**<br><br>(FIRST REQUEST)<br><br>**[UNDER SEAL]** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY HEDIGER and LOIS PEREZ,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PRIDE INDUSTRIES, INC.; PRIDE INDUSTRIES ONE, INC.; and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 2:09-cv-1858-FCD-GGH<br><br>**ORDER GRANTING THE UNITED STATES' <u>EX PARTE</u> APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THIS <u>QUI</u> <u>TAM</u> MATTER**<br><br>(FIRST REQUEST)<br><br>**[UNDER SEAL]** |

Upon consideration of the ex parte application of the United States of America for a six-month extension of time, to and including March 9, 2010, within which to determine whether to intervene in the above-captioned action, and during which time all filings shall remain under seal, and for good cause shown;

IT IS HEREBY ORDERED that the United States shall have until and including March 9, 2010, to notify the Court of its decision whether to intervene in this action; and

IT IS FURTHER ORDERED that all filings shall remain under seal until the United States notices its election, or until further Order of this Court.

IT IS SO ORDERED.

Dated: September 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE