```
Michael A. Hirst, Esq. CA Bar 131034
Leslie S. Guillon, Esq. CA Bar 222400
HIRST LAW GROUP
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Tel: (916) 443-6100
Fax: (916) 443-6700
michael.hirst@hirstlawgroup.com
leslie.guillon@hirstlawgroup.com

Attorneys for Qui Tam Plaintiffs [under seal]
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL], <br><br> Plaintiffs, <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendants. | 2:09-CV-1858 FCD GGH <br><br> **ORDER FOR SUBSTITUTION OF COUNSEL** <br><br> **FILED UNDER SEAL** |

Michael A. Hirst, Esq. CA Bar 131034
Leslie S. Guillon, Esq. CA Bar 222400
HIRST LAW GROUP
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Tel: (916) 443-6100
Fax: (916) 443-6700
michael.hirst@hirstlawgroup.com
leslie.guillon@hirstlawgroup.com

Attorneys for Qui Tam Plaintiffs [under seal]

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. TIMOTHY HEDIGER and LOIS PEREZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRIDE INDUSTRIES, INC., PRIDE INDUSTRIES ONE, INC., and DOES 1 through 10,<br><br>    Defendants. | 2:09-CV-1858 FCD GGH<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL**<br><br>**FILED UNDER SEAL** |

    Please take notice of the following change regarding counsel for plaintiffs in this action:

    Old firm:     Hirst & Chanler LLP

    New firm:     Hirst Law Group

    New email address:   michael.hirst@hirstlawgroup.com
                         leslie.guillon@hirstlawgroup.com

    The individual attorneys of record and their address and phone numbers remain the same.

    The plaintiffs concur with this substitution of counsel.

//

Notice of Substitution of Counsel

```
                            ____/S/_____
                            Timothy Hediger
                            Plaintiff


                            ____/s/_____
                            Lois Perez
                            Plaintiff



DATED:                      ____/S/_____
                            Michael A. Hirst
                            Hirst Law Group
                            Counsel for Plaintiffs


IT IS SO ORDERED.



DATED: April 5, 2010        _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE
```

Notice of Substitution of Counsel     2