| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KURT A. DIDIER |
| | Assistant United States Attorney |
| 3 | 501 I Street, 10th Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Fax: (916) 554-2900 |
| 5 | |
| 6 | JENNIFER CHORPENING |
| | Department of Justice |
| | Civil Division |
| 7 | Commercial Litigation Branch |
| | P. O. Box 261 |
| 8 | Benjamin Franklin Station |
| | Washington, D.C. 20044 |
| 9 | Telephone: (202) 514-8112 |
| | Fax: (202) 514-0280 |

**SEALED**

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY HEDIGER and LOIS PEREZ, | No. 2:09-CV-01858-FCD-GGH |
| Plaintiffs, | **ORDER GRANTING THE UNITED STATES' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE (THIRD REQUEST) AND TO PARTIALLY LIFT SEAL** |
| vs. | |
| PRIDE INDUSTRIES, INC.; PRIDE INDUSTRIES ONE, INC., and DOES 1 through 10, | |
| Defendants. | **[UNDER SEAL]** |

Upon consideration of the United States of America's *ex parte* application for a: 1) four month extension of time, to and including January 9, 2011, within which to determine whether to intervene in the above-captioned action; and 2) partial lifting of the seal, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The United States shall have until and including January 9, 2011, to notify the Court of its decision whether to intervene in this action;

1     2. At its discretion, the United States may disclose the allegations raised by relators
2 and/or provide a copy of the complaint and any amended complaints subsequently filed to
3 defendants Pride Industries, Inc. and Pride Industries One, Inc.; and
4     3. The Complaint and all other filings shall remain under seal, except insofar as that seal
5 has been partially lifted by this Court.
6     IT IS SO ORDERED.

8 Dated: September 10, 2010  
                         FRANK C. DAMRELL, JR.
9                          UNITED STATES DISTRICT JUDGE