**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br><br>　　　　　Defendants. | No. 2:09-CV-01858-FCD-GGH<br><br>**ORDER GRANTING THE UNITED STATES' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE (FIFTH REQUEST)**<br><br>**[UNDER SEAL]** |

**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Fax: (916) 554-2900
5
   JENNIFER CHORPENING
6  Department of Justice
   Civil Division
7  Commercial Litigation Branch
   P. O. Box 261
8  Benjamin Franklin Station
   Washington, D.C. 20044
9  Telephone: (202) 514-8112
   Fax: (202) 514-0280
10

11 Attorneys for the United States of America

12
                 **UNITED STATES DISTRICT COURT FOR THE**
13                   **EASTERN DISTRICT OF CALIFORNIA**

14
   UNITED STATES OF AMERICA, ex rel.   )   No. 2:09-CV-01858-FCD-GGH
15 TIMOTHY HEDIGER and LOIS PEREZ,     )
                                       )   **ORDER GRANTING THE UNITED**
16              Plaintiffs,            )   **STATES'** *EX PARTE* **APPLICATION FOR**
           vs.                         )   **AN EXTENSION OF TIME TO DECIDE**
17                                     )   **WHETHER TO INTERVENE (FIFTH**
   PRIDE INDUSTRIES, INC.; PRIDE       )   **REQUEST)**
18 INDUSTRIES ONE, INC., and DOES 1    )
   through 10,                         )
19                                     )   **[UNDER SEAL]**
                Defendants.            )
20                                     )
                                       )
21

22      Upon consideration of the United States of America's *ex parte* application for a three

23 month extension of time, to and including July 8, 2011, within which to determine whether to

24 intervene in the above-captioned action and for good cause shown, it is hereby ORDERED,

25 ADJUDGED and DECREED that the:

26      1. United States shall have until and including July 8, 2011, to notify the Court of its

27 decision whether to intervene in this action;

28 ////

                                       1

2. Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED.

Dated: April 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE