BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

JENNIFER CHORPENING
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-8112
Facsimile:  (202) 514-0280

Attorneys for United States of America

**FILED**

Jul 05, 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> [UNDER SEAL]                         ) <br>                                    ) <br>                         Plaintiffs, ) <br>                                    ) <br> v.                                 ) <br>                                    ) <br> [UNDER SEAL]                       ) <br>                                    ) <br>                                    ) <br>                         Defendants.) <br> _____) | No. 2:09-CV-01858 FCD-GGH <br><br> **JOINT STIPULATION OF DISMISSAL** <br><br><br> [UNDER SEAL] |

BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

JENNIFER CHORPENING
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-8112
Facsimile:  (202) 514-0280

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY HEDIGER and LOIS PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>PRIDE INDUSTRIES, INC.; PRIDE INDUSTRIES ONE, INC., and DOES 1 through 10,<br><br>Defendants. | No. 2:09-CV-01858 FCD-GGH<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>[UNDER SEAL] |

Pursuant to the settlement agreement between the parties, the United States of America and Relators Timothy Hediger and Lois Perez (collectively "the Relators"), acting by and through their counsel of record, hereby stipulate to the dismissal with prejudice of Counts I & II of the First Amended Complaint in the above-captioned matter.

///

The United States, the Relators, and Defendants have reached a settlement as to the dismissed claims. The Relators and the Defendants have not reached an agreement as to payment of expenses, attorneys' fees, and costs owed to the Relators on those claims pursuant to 31 U.S.C. section 3730(d), nor as to Counts III, IV, V or VI in the First Amended Complaint. Those claims shall remain in the case, with the amount owed to the Relators pursuant to 31 U.S.C. section 3730(d) to be determined after resolution of all other claims. The parties agree that the Court will retain jurisdiction over those claims and over the parties to enforce the terms of the settlement agreement.

A proposed Order accompanies this Stipulation.

Respectfully submitted,

Date: July 5, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Glen F. Dorgan
GLEN F. DORGAN
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Date: July 5, 2011

(As authorized 7/5/2011)

By: /s/ Michael A. Hirst
MICHAEL A. HIRST
LESLIE S. GUILLON
Hirst Law Group, P.C.
Attorneys for Relators

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on July 5, 2011, she served a copy of:

**JOINT STIPULATION OF DISMISSAL**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Michael A. Hirst, Esq.
Hirst Law Group, P.C.
455 Capitol Mall, Suite 605
Sacramento, CA 95814

/s/ Joni L. Jones
Joni L. Jones