BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

JENNIFER CHORPENING
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-8112
Facsimile:  (202) 514-0280

Attorneys for United States of America

**SEALED**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. [UNDER SEAL] <br><br> Plaintiffs, <br><br> v. <br><br> [UNDER SEAL] <br><br> Defendants. | No. 2:09-CV-01858 FCD-GGH <br><br> **ORDER** <br><br><br> [UNDER SEAL] |

```
BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

JENNIFER CHORPENING
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-8112
Facsimile:  (202) 514-0280
```

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY HEDIGER and LOIS PEREZ,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>PRIDE INDUSTRIES, INC.; PRIDE INDUSTRIES ONE, INC., and DOES 1 through 10,<br><br>　　　　　　Defendants. | No. 2:09-CV-01858 FCD-GGH<br><br>**ORDER**<br><br>[UNDER SEAL] |

　　　Whereas, the United States, the Relators, and the Defendants have agreed to settle the allegations set forth in Counts I and II of the First Amended Complaint, and have executed a Settlement Agreement as to those counts;

　　　Whereas, the amounts owed to the Relators for expenses, attorneys' fees, and costs arising from Counts I and II have not been resolved and remain in the case;

1       Whereas, Counts III, IV, V, and VI have not been resolved and remain in the case; and

2       Whereas, the United States has no interest in the remaining claims and wishes to be
3  dismissed from the case, the Court rules as follows:

4       Good cause appearing therefor, it is ordered that:

5       1.    Counts I and II of the First Amended Complaint shall be dismissed from the case
6  with prejudice;

7       2.    The United States shall be dismissed from the case;

8       3.    Counts III, IV, V, and VI shall remain in the case;

9       4.    The amounts owed to Relators for expenses, attorneys' fees, and costs for Counts
10 I and II shall remain in the case and Relators' claims to all expenses, attorneys' fees, and costs
11 shall be determined after resolution of all other claims in the case;

12      5.    The First Amended Complaint shall be unsealed and served upon Defendants
13 pursuant to Federal Rule of Civil Procedure 4; and

14      6.    The Court shall retain jurisdiction over the remaining claims and over the parties
15 to enforce the terms of the settlement agreement on Counts I and II.

16      IT IS SO ORDERED.

17 Date:   July 6, 2011

                                                   _____
19                                                 FRANK C. DAMRELL, JR.
                                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on July 5, 2011, she served a copy of:

**(PROPOSED) ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Michael A. Hirst, Esq.
Hirst Law Group, P.C.
455 Capitol Mall, Suite 605
Sacramento, CA 95814

      /s/Joni L. Jones
      Joni L. Jones