IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TIMOTHY HEDIGER and LOIS PEREZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>PRIDE INDUSTRIES, INC.; PRIDE INDUSTRIES ONE, INC. and DOES 1 through 10,<br><br>        Defendants. | 2:09-cv-01858-GEB-GGH<br><br><u>ORDER UNSEALING ACTION</u> |

This action is unsealed.

Dated: October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge