Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MICHAEL A. BISHOP, ESQ. (SBN 105063)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendants PRIDE INDUSTRIES, INC., and PRIDE INDUSTRIES ONE., INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. TIMOTHY HEDIGER AND LOIS PEREZ, <br><br>Plaintiffs, <br><br>v. <br><br>PRIDE INDUSTRIES, INC., and PRIDE INDUSTRIES ONE, INC., <br><br>Defendants. | Case No. 2:09-cv-1858 GEB GGH <br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES** |

      Plaintiffs TIMOTHY HEDIGER and LOIS PEREZ and Defendants PRIDE INDUSTRIES, INC., and PRIDE INDUSTRIES ONE, INC., hereby stipulate and agree to continue the deadline to exchange initial expert witness disclosures and rebuttal expert witness disclosures. The current deadline for the exchange of initial expert witness disclosures is October 1, 2012, and rebuttal expert disclosures are due by November 1, 2012. Discovery does not close until February 15, 2013. The parties are currently in fact discovery. Plaintiffs' have propounded requests for admission, requests for production of documents and special interrogatories. Defendants' responses are due in late August, and Defendants have requested an extension of 28 days.

Defendant also served written discovery and requests for documents to the plaintiffs. Extensions were also granted for plaintiffs to respond. The parties are currently conferring regarding scheduling depositions of various fact witnesses, as well as potential mediation. The parties' request to continue the date of expert disclosures will not extend the discovery deadline or other scheduled case matters.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys that the deadlines relating to expert disclosures be continued as follows:

1. Disclosure of expert witnesses - January 9, 2013;
2. Supplemental disclosure of experts – January 23, 2013;

Dated: August 14, 2012            MATHENY SEARS LINKERT & JAIME, LLP

By: /s/ MICHAEL A. BISHOP
MICHAEL A. BISHOP, ESQ.
N. KATE JEFFRIES, ESQ.
Attorneys for Defendants PRIDE INDUSTRIES, INC., and PRIDE INDUSTRIES ONE., INC.

Dated: August 13, 2012

By: /s/ MICHAEL A. HIRST, ESQ.
     as authorized on 8/13/12
MICHAEL A. HIRST, ESQ.
Attorney for Plaintiffs TIMOTHY HEDIGER and LOIS PEREZ

**IT IS SO ORDERED.**

Dated: August 15, 2012

HON. GARLAND E. BURRELL, JR.
JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

2
*Stipulation and Order to Extend Deadlines for Disclosure of Expert Witnesses*