Michael A. Hirst, Esq. CA Bar #131034
Michael.Hirst@hirstlawgroup.com
Leslie S. Guillon, Esq. CA Bar #222400
Leslie.Guillon@hirstlawgroup.com
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707

Attorneys for Plaintiffs
Timothy Hediger and Lois Perez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HEDIGER and LOIS PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>PRIDE INDUSTRIES, INC., and<br>PRIDE INDUSTRIES ONE, INC.,<br><br>Defendants. | 2:09-cv-1858 GEB-GGH<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE**<br><br>Date:   December 20, 2012<br>Time:  10:00 a.m.<br>Court:  Courtroom No. 9 |

Plaintiffs filed a notice of motion and motion seeking an order from the Court to compel Defendants to respond to discovery.

The parties submit this stipulation and proposed order to resolve this discovery dispute. If the Court signs the proposed order, Plaintiffs will withdraw their motion presently calendared for hearing on December 20, 2010.

**STIPULATION**

1. On or before December 17, 2012, Defendants shall fully respond, without objections, and produce the financial information and supporting documents requested in

1  Plaintiff Hediger's: Request for Production No. 31.

2       2.      On or before December 17, 2012, Defendants shall fully respond, without objections, and produce the information and documents sought regarding Defendants' employees as requested in: Plaintiff Hediger's: Request for Admissions Nos. 5 - 7, 29 - 31, 56; Interrogatories Nos. 16, 19 - 20; and Plaintiff Perez's Requests for Production Nos. 12 - 13; and Interrogatories Nos. 18 -19, 22.

3       3.      The information and documents produced in response to numbers 1 and 2, above, shall be produced and shall be treated in accordance with the Stipulation Re: Confidentiality of Discovery Pending Trial  (filed concurrently as a separate order), which the parties have executed.

4       4.      On or before December 17, 2012, Defendants shall also fully respond, without objections, and produce the information and documents sought by Plaintiffs as to which Defendants have previously stated: (1) that they cannot yet respond, (2) that they cannot yet admit or deny, or (3) that they will produce the requested information or documents but have not stated by when such information or documents will be produced. Defendants will respond and produce the information and documents as requested in Plaintiff Hediger's: Request for Admissions Nos. 11, 22 - 24, 50, 53 - 55, 59, 69, 71 - 72, 95 - 100; Requests For Production Nos. 14 - 18, 20 - 21, 32 - 34; and Interrogatories Nos. 17 - 18; and Plaintiff Perez's Requests for Admissions Nos. 3 - 19, 39 - 43; and Interrogatories Nos. 4, 16, 17, 20 - 21.

    A.      If Defendants fail to produce the information or documents requested, Defendants shall state that no such information or documents exist and Defendants shall be precluded from using any non-produced information or documents thereafter, including in any motion or trial.

IT IS SO STIPULATED.

Dated: December 5, 2012                    /s/ Michael A. Hirst
                                           Michael A. Hirst, Esq.
                                           Hirst Law Group, P.C.
                                           Attorneys for Plaintiffs

1
2
3
4
5   IT IS SO ORDERED.
6   Dated: December 10, 2012
7   GGH:076/Hediger1858.stip.wpd
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      /s/ Michael A. Bishop
Michael A. Bishop
Matheny Sears Linkert & Jaime
Attorneys for Defendants

  /s/ Gregory G. Hollows
Honorable Gregory G. Hollows
United States Magistrate Judge

Stipulation and (Proposed) Order
Regarding Discovery Dispute