Michael A. Hirst, Esq. CA Bar No. 131034
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707

Counsel for Plaintiffs
Timothy Hediger and Lois Perez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HEDIGER and LOIS PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>PRIDE INDUSTRIES, INC., and PRIDE INDUSTRIES ONE, INC.,<br><br>Defendants. | 2:09-cv-1858 GEB-KJN<br><br>NOTICE OF CASE SETTLEMENT<br><br>Trial: September 10, 2013<br>Time: 9:00 a.m.<br>Court: Courtroom No. 10 |

     Pursuant to Local Rule 160, Plaintiffs Timothy Hediger and Lois Perez, and Defendants Pride Industries, Inc., and Pride Industries One, Inc., hereby jointly advise the Court that the case has fully settled following mediation.  The parties request that the Court vacate all dates calendared in the action and grant the parties twenty-one (21) days to file the dispositive documents.  A proposed Order accompanies this Notice.

Notice of Settlement

1

1 | DATED: August 14, 2013        /s/ Michael A Hirst
                                  MICHAEL A. HIRST, ESQ.
2                                 Counsel for Plaintiffs
                                  Timothy Perez and Lois Perez
3

4

5 | DATED: August 14, 2013        /s/ Michael A. Bishop
                                  MICHAEL A. BISHOP, ESQ.
6                                 Counsel for Defendants

# PROOF OF SERVICE

**By Electronic Filing**:

I HEREBY CERTIFY that on August 14, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the CM/ECF registered counsel in this action to be served by electronic means.


/s/ Michael A. Hirst
Michael A. Hirst, Esq.
Hirst Law Group, P.C.

Counsel for Plaintiffs
Timothy Hediger and Lois Perez