IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Hediger, Lois Perez,<br><br>        Plaintiffs,<br><br>    v.<br><br>Pride Industries, Inc.; Pride Industries One, Inc.,<br><br>        Defendants. | 2:09-cv-01858-GEB-KJN<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

       The parties filed a "Notice of Case Settlement" on August 14, 2013, in which they "jointly advise the Court that the case . . . fully settled following mediation[,]" and "request that the Court vacate all dates calendared in the action and grant the parties twenty-one (21) days to file the dispositive documents." (Notice of Settlement 1:21-26, ECF No. 44.)

       Therefore, a dispositional document shall be filed no later than September 4, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///

///

1

1    Further, in light of the parties' representation that this
2 matter has "fully settled," trial, which is scheduled to commence on
3 September 10, 2013, is vacated.
4    IT IS SO ORDERED.
5 Dated: August 16, 2013

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge